[Sac. No. 4003. In Bank.—December 21, 1927.]

CALIFORNIA DELTA FARMS, INC., et al., Appellants, v. EAST BAY MUNICIPAL UTILITY DISTRICT et al., Respondents.

[1] WATER COMMISSION ACT—ADMINISTRATIVE FUNCTIONS—REVIEW BY COURTS — CONSTITUTIONAL LAW. — The judgment in this case is affirmed on the authority of *Mojave River Irr. Dist.* v. *Superior Court, etc., et al., ante,* p. 717.

APPEAL from a judgment of the Superior Court of Amador County. C. P. Vicini, Judge. Affirmed.

The facts are stated in the opinion of the court.

Hadsell, Sweet & Ingalls for Appellants.

T. P. Wittschen and L. W. Irving for Respondent East Bay Municipal Utility District.

THE COURT.—[1] In this proceeding, while the facts are different from those involved in the decision of the matter of *Mojave River Irr. Dist.* v. *Superior Court, etc., et al., ante,* p. 717 [262 Pac. 724], the identical question of law is involved. It follows that upon the authority of the above-entitled case the judgment herein must be and the same is hereby affirmed.

Rehearing denied.

All the Justices concurred.